UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> E-TECH ELECTRIC, INC., ) <br> ) <br> Defendant. ) | Case No. 21-CV-2263 |

## O R D E R

On December 15, 2021, Magistrate Judge Eric I. Long entered an order finding Defendant, E-Tech Electric, Inc., in default.  On December 31, 2021, Plaintiff filed a Motion for Default Judgment (#5) with supporting documentation.  Defendant's response to the motion was due by January 14, 2022.  Defendant failed to file a response.  After a careful review, this court concludes that Plaintiff is entitled to the relief requested.

IT IS THEREFORE ORDERED THAT:

1) Plaintiff's Motion for Default Judgment (#5) is GRANTED.

2) Judgment is entered in favor of Plaintiff and against Defendant in the amount of $9,337.71 in contributions, $2,069.53 in liquidated damages and interest, and $3,175.00 in audit costs.

3) Defendant is ordered to pay Plaintiff $1,670.00 in reasonable attorneys' fees, and $442.00 in costs.

4) Defendant is ordered to pay Plaintiff all reasonable post-judgment attorneys' fees and costs incurred in connection with this case until all terms of the default judgment order are satisfied by Defendant.

5) This case is terminated.

ENTERED this 21st day of January, 2022.

s/Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE
