Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **NECA-IBEW Welfare Trust Fund,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 21-2263 |
| | ) |
| **E-Tech Electric Inc,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against the Defendant in the amount of $9,337.71 in contributions, $2,069.53 in liquidated damages and interest and $3,175.00 in audit costs. Defendant is ordered to pay Plaintiff $1,670.00 in reasonable attorneys' fees, and $442.00 in costs.

**Dated: 1/21/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court